```
                                                        (SPACE BELOW FOR FILING STAMP ONLY)
 1  MATTHEW T. WAKEFIELD, SBN 175040              FILED
    ERIC C. SCHWETTMANN, SBN 188784
 2  ALEXANDRA M. STEINBERG, SBN 227427            2008 JUL 23 PM 3:53
    BALLARD ROSENBERG GOLPER & SAVITT LLP
 3  10 Universal City Plaza, Sixteenth Floor      CLERK US DISTRICT COURT
    Universal City, CA  91608-1097                SOUTHERN DISTRICT OF CALIFORNIA
 4  Telephone:    (818) 508-3700
    Facsimile:    (818) 506-4827                  BY_____DEPUTY
 5
    Attorneys for Defendant
 6  KSL DC MANAGEMENT, LLC
    d/b/a HOTEL DEL CORONADO
 7
                                                  '08 CV 1333 BTM POR
 8              UNITED STATES DISTRICT COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10

11  NELIA MILLS,                    )   CASE NO: 37-2008-00079467-CU-WT-CTL
                                    )   [Honorable Ronald L. Styn, Dept. 62]
12                 Plaintiff,       )
                                    )   NOTICE OF INTERESTED PARTIES
13            vs.                   )
                                    )   BY FAX
14  KSL DC MANAGEMENT LLC, DBA      )
    HOTEL DEL CORONADO; AND DOES 1 to)
15  50, inclusive,                  )
                                    )
16                 Defendants.      )
                                    )
17

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
                                                               ORIGINAL
    369594.1
                       NOTICE OF INTERESTED PARTIES
```

1  The undersigned counsel of record for Defendant KSL DC MANAGEMENT, LLC d/b/a
2  HOTEL DEL CORONADO certifies that the following listed parties have a direct, pecuniary interest
3  in the outcome of this case. These representations are made to enable the Court to evaluate possible
4  disqualification or recusal:

5  1. Plaintiff Nelia Mills; and
6  2. KSL DC Management, LLC d/b/a Hotel Del Coronado

8  DATED: July 23, 2008          BALLARD ROSENBERG GOLPER & SAVITT LLP

                                 By: _____
                                 MATTHEW T. WAKEFIELD
                                 ERIC C. SCHWETTMAN
                                 ALEXANDRA M. STEINBERG
                                 Attorneys for Defendant KSL DC MANAGEMENT,
                                 LLC d/b/a HOTEL DEL CORONADO

BALLARD ROSENBERG GOLPER & SAVITT LLP
10 Universal City Plaza, Sixteenth Floor
Universal City, CA 91608-1097

369594.1

1

NOTICE OF INTERESTED PARTIES

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 10 Universal City Plaza, Sixteenth Floor, Universal City, California 91608-1097.

On July 23, 2008, I served the following document(s) described as **NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Timothy L. Brictson, Esq.
Law Office of Brictson & Cohn
2214 Fifth Avenue
San Diego, CA 92101

☐ **BY MAIL:** I am "readily familiar" with Ballard Rosenberg Golper & Savitt's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Universal City, California, on that same day following ordinary business practices.

☐ **BY FACSIMILE:** At or before 5:00 p.m., I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (818) 506-4827. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒ **BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) directly to the person(s) being served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 23, 2008, at Universal City, California.

DARLA W. SALTER

369594.1

2

NOTICE OF INTERESTED PARTIES