UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| NELIA MILLS,<br><br>                                 Plaintiff,<br><br>      v.<br><br>KSL DC MANAGEMENT LLC, DBA HOTEL DEL CORONADO; AND DOES 1 to 50, inclusive,<br><br>                                 Defendant. | Civil No.   08cv1333-BTM (POR)<br><br>**ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |
|---|---|

    On August 1, 2008, the Court issued an Order scheduling an Early Neutral Evaluation conference in this matter for September 3, 2008.  On August 25, 2008, counsel for the parties jointly contacted chambers to request the Early Neutral Evaluation conference be rescheduled.  Timothy Brictson, Esq., contacted chambers on behalf of Plaintiff, and Eric Schwettmann, Esq., contacted chambers on behalf of Defendants.  The parties request the Early Neutral Evaluation conference be rescheduled due to a conflict for Plaintiff's counsel.  By joint request of the parties, IT IS HEREBY ORDERED, that the Early Neutral Evaluation conference scheduled for September 3, 2008, shall be held <u>telephonically</u>, with <u>attorneys only</u>, on **September 18, 2008 at 9:30 a.m**.  Counsel for Defendants shall arrange and initiate the conference call.

//

At the telephonic Early Neutral Evaluation conference on September 18, 2008, counsel shall be prepared to discuss the claims and defenses in the case, and shall also be prepared to discuss the following matters:

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3. The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,

The Court will issue an order following the Early Neutral Evaluation Conference addressing these issues and setting dates as appropriate.

There are no briefs or statements required to be lodged or filed prior to the Early Neutral Evaluation conference.

IT IS SO ORDERED.

DATED: August 27, 2008

*Louisa Porter*

LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Barry Ted Moskowitz
        All parties